**The relief described hereinbelow is SO ORDERED.**

**SIGNED this 5th day of December, 2025.**

Robert D. Berger
United States Bankruptcy Judge

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **In re:**<br><br>**PRIORITY LOGISTICS INC.**<br><br>**Debtor.** | **Case No. 23-20424 RDB**<br>**Chapter 7** |
| **PATRICIA E. HAMILTON, Trustee for the Bankruptcy Estate of PRIORITY LOGISTICS, INC.**<br><br>**Plaintiff,**<br>**vs.**<br><br>**LIBERTAS FUNDING, LLC,**<br>**Defendant.** | **Adv. No. 25-06007** |

**<u>ORDER OF DISMISSAL WITH PREJUDICE</u>**

NOW COMES on the Trustee's Motion to Dismiss. The notice period was waived as the Defendant has no objection to the requested dismissal. After being well and truly advised, the Court grants the Motion and orders that the above-captioned adversary proceeding is hereby dismissed with prejudice.

IT IS SO ORDERED.

###

Submitted By:
*s/Patricia E. Hamilton*
Patricia E. Hamilton, #13263
4848 SW 21st St., Ste. 201
Topeka, KS 66604
785-408-8000 phone; 408-8003 fax
phamilton@stevensbrand.com
Counsel for Chapter 7 Trustee

Approved by:

*/s/ Jeffrey Cianiulli*
Jeffrey Cianciulli, #83504 (PA)
1339 Chestnut St., Suite 500
Philadelphia, PA 19107
215-241-7740
jcianciulli@weirlawllp.com

*/s/ Bradley D. McCormack*
Bradley D. McCormack, #21527
The Sader Law Firm
2345 Grand Blvd., Suite 2150
Kansas City, MO 64108-2663
816-561-1818
bmccormack@saderlawfirm.com
*Attorneys for Defendant*